B. T. POLLOCK v. CARRIE KINSEY, CARRIE KINSEY, ADMINISTRATRIX OF GUY T. KINSEY, AND CARRIE KINSEY, GUARDIAN OF CHILDREN OF GUY T. KINSEY.

(Filed 30 September, 1925.)

APPEAL by Carrie Kinsey, from *Barnhill, J.,* and a jury, April Term, 1925, of JONES. No error.

The issues submitted to the jury and their answers thereto were as follows:

"1. Did the plaintiff furnish merchandise to S. E. Garner and J. E. Lovitt during the year 1920, at the request and upon the promise of the defendant to pay therefor? Answer: Yes.

"2. If so, in what amount, if any,˙ is the defendant indebted to the plaintiff? Answer: $1,313.26, with interest from 1 January, 1921."

The court below rendered judgment for plaintiff against Carrie Kinsey, exceptions and assignments of error were duly made by defendant, Carrie Kinsey, to the exclusion of certain evidence during the trial, the charge of the court and judgment, and she appealed to the Supreme Court.

*J. K. Warren and Cowper, Whitaker & Allen for plaintiff.*
*Rouse & Rouse for defendant.*

PER CURIAM. We heard the oral arguments and read the record and the carefully prepared briefs of counsel. We think that the court below made no error in excluding the evidence, and the charge of the court below was in accordance with law. From the entire record we can find no prejudicial or reversible error. We think the case governed by the principle laid down in *Taylor v. Lee,* 187 N. C., p. 393, and cases cited.

No error.